**No. 66355.**—Dan Brechner & Co. *v.* United States, protest 59/18685 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of camera viewers similar in all material respects to those the subject of Abstract 65082, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 10, 1962

**No. 66356.**—D. J. Ambrosio *v.* United States, protest 61/3133 (New York).

Opinion by LAWRENCE, J. An examination of the official papers in the case disclosing that the protest was not filed within the 60-day period provided for in section 514, Tariff Act of 1930, the protest was dismissed as untimely.